IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KAITLYN MARIE THOMAS**                                                                **PLAINTIFF**

**V.**                       **CASE NO. 3:17-cv-00199 JM**

**MADDLOCK,** *et al.*                                                          **DEFENDANTS**

## ORDER

Thomas has not complied with the August 15, 2017 Order directing her to file the $400 filing fee or a completed application to proceed *in forma pauperis*. (Doc. No. 2). The time to do so has expired. The complaint (Doc. No. 1) is, therefore, dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal from this Order and accompanying judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of September, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE