IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KAITLYN MARIE THOMAS                                                    PLAINTIFF

V.                          CASE NO. 3:17-cv-00199 JM

MADDLOCK, *et al.*                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed on September 18, 2017, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 18th day of September, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE